FILED
MAY 31 1991
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br> GENARO GAMEZ ESCARCEGA <br><br> Defendant. | CASE NO. 91-938M <br><br> ORDER OF DETENTION AFTER HEARING <br> (18 U.S.C. § 3142(i)) |

A. (✓) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq../955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

ENTERED ON COURTR...
JUN 5 1991

```
 1        B.   On motion ( ) (by the Government/( ) (by the
 2   Court sua sponte involving)
 3             1.   ( )  serious risk defendant will flee;
 4             2.   ( )  serious risk defendant will
 5                  a.   ( )  obstruct or attempt to obstruct
 6                            justice;
 7                  b.   ( )  threaten, injure, or intimidate a
 8                            prospective witness or juror or
 9                            attempt to do so.
10                            II.
11        The Court finds no condition or combination of conditions
12   which the Court may impose under the Act will reasonably assure:
13        A.   (✓)  appearance of defendant as required;
14                            and/~~or~~
15        B.   (✓)  safety of any person or the community;
16                            III.
17        The Court has considered:
18        A.   ( )  the nature and circumstances of the offense;
19        B.   ( )  the weight of evidence against the defendant;
20        C.   ( )  the history and characteristics of the
21                  defendant;
22        D.   ( )  the nature and seriousness of the danger to
23                  any person or the community.
24                            IV.
25        The Court concludes:
26        A.   ( )  the offense involves _____
27                  _____
28                  _____
```

```
 1    B.  ( )  the evidence shows _____
 2         _____
 3         _____
 4    C.  ( )  history and characteristics indicate a serious
 5             risk that defendant will flee because: ____
 6         _____
 7         _____
 8    D.  ( )  defendant poses a risk to the safety of other
 9             persons or the community because: _____
10         _____
11         _____
12    E.  ( )  a serious risk exists that defendant will:
13         1.  ( )  obstruct or attempt to obstruct justice;
14         2.  ( )  threaten, injure or intimidate a
15              witness/juror;
16         Because: _____
17         _____
18         _____
19    F.  (✓)  defendant has not rebutted by sufficient
20             evidence to the contrary the presumption
21             provided in 18 U.S.C. § 3142(e).
```

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

/
/

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with counsel and be produced for all hearings.

DATED: 5-31-91

JOHN R. KRONENBERG
UNITED STATES MAGISTRATE JUDGE

-4-